ACCEPTED
03-15-00462-CR
7470346
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/21/2015 10:45:03 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00462-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/21/2015 10:45:03 AM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN DIVISION**

_____

| | |
|---|---|
| **DARRELL WAYNE LOVE** | § |
| | § |
| **v.** | § |
| | § |
| **STATE OF TEXAS** | § |

_____

## APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

_____

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email:  justin@templelawoffice.com**

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, DARRELL WAYNE LOVE, who files this First Motion for Extension of Time to File Appellant's Brief, and shows unto the Court as follows:

**I.**

Appellant's brief is due on or before October 22, 2015.

**II.**

Appellant seeks an additional thirty (30) days to file his brief, which should make his brief due on or before November 23, 2015 (actual deadline falls on Saturday, November 21, 2015).

**III.**

Facts relied on to reasonably explain the need for an extension include the following:

1. Preparation for oral argument to be held on November 5, 2015 in the capital murder case of *Sherill Ann Small v. State*, Cause No. 14-15-00039-CR. The record is voluminous (23 volumes of the Reporter's Record; 1 Unsealed Clerk's Record; 1 Sealed Clerk's Record; 2 Supplemental Clerk's Record), and preparation has been frequent since the case was set for oral

argument on September 24, 2015 (e.g., September 29, 2015; October 12, 2015; October 13, 2015; October 14, 2015; October 15, 2015; October 16, 2015; October 19, 2015; October 20, 2015).

2. Preparation and filing of, as well as legal research related to, a supplemental brief amending the second issue in *Sherill Ann Small v. State*, 14-15-00039-CR, as well as a motion for leave to amend, a request for a supplemental clerk's record, a letter to the Court of Appeals regarding the lack of an objection from the State to the amendment, etc.. Work was necessary after learning the clerk's file contained documents that were not a part of the clerk's record and that required the amendment of issue two. Also visited client in Gatesville regarding oral argument, amending second issue, etc. Work performed on September 30, 2015; October 1, 2015; October 2, 2015; October 3, 2015; October 5, 2015; October 6, 2015; October 7, 2015.

3. Work related to reviewing record and drafting sixty-four page brief (filed on September 23, 2015) in *Dwayne McGowan v.*

*State*, Cause No. Cause No. 07-15-00270-CR, involving a complex issue of whether the Texas common law ability-to-pay defense has been superseded by statute, and detailed correspondence to client regarding same. (September 22, 2015; September 23, 2015; September 24, 2015). [includes only the days after which the thirty-day deadline to file a brief in the instant case began]

4. Review record and perform legal research for brief that was due on September 25, 2015 until extension granted in *Santos Salinas, Jr. v. State*; Cause No. 13-15-00310-CR (September 24, 2015; September 25, 2015). [includes only the days after which the thirty-day deadline to file a brief in the instant case began]

5. Review record and perform legal research for brief that was due on September 28, 2015 in *In the Matter of C.P.*, 03-15-00276-CV. (Work performed on September 25, 2015 and September 28, 2015). [includes only the days after which the thirty-day deadline to file a brief in the instant case began]

6. Review record and perform legal research for briefs that were due on September 23, 2015 and September 24, 2015 in *Raymond Ross Mormino, II v. State*, Cause Nos. 10-15-00167-CR and 10-15-00173-CR. Work performed on September 29, 2015.

7. Work related to new appeal (notice of appeal not yet filed):

   a. *In re: Harvey*; Cause No. 267,051. Drafting and filing motion for new trial, motion to disregard jury answers, and related orders. Work to be performed on October 21, 2015.

8. Work related to new case to go on appeal in *In re: H.C.C.*, Cause No. 254,204, 426th District Court, Bell County, Texas. (Drafting/Revising Proposed Final Order and coordinating with trial counsel; letter to court regarding order) (September 24, 2015; September 25, 2015; September 29, 2015; October 7, 2015; October 15, 2015).

9. Work related to appeal, *Fernando Smith v. State*, Cause No. 10-15-00263-CR, including review of part of file at courthouse in Gatesville (on October 2, 2015) and ensuring trial counsel's

presence at return from shock probation hearing held on October 14, 2015 (work performed on October 13, 2015).

10. Legal research and related assistance with *Samuel Corman v. Alltell Communication, LLC, et al*, Cause No. Cause No. CV 06815, Hamilton County, and/or case pending in federal court (Civil Case No. 6:15-CV-264). Work performed on October 7, 2015; October 8, 2015; October 12, 2015.

11. Time lost completing "CLE Fifteen: Criminal Law 2014 (Top Rated Topics from the Past Year)" (15.25 hours, including 3 hours ethics) (MCLE No: 901307940) (Viewed on or around October 10, 2015; October 12, 2015; October 13, 2015).

12. Completing reporting requirements for court appointments required by Article 26.04(j)(4), Code of Criminal Procedure. Reporting required for eleven counties (Bastrop, Bell, Bosque, Bowie, Burnet, Cass, Coryell, Limestone, Llano, McLennan, Milam).

13. Will be attending part of Fall Bench/Bar CLE on October 22, 2015.

14. Time lost taking car to dealership for service on the afternoon of October 1, 2015.

15. Miscellaneous work related to cases not having cause numbers because not yet pending (e.g., coordinating pre-suit mediation) or are transactional (contract revision/review) (performed variously over the course of the last month).

**IV.**

No previous extensions have been requested and granted in this matter.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court to extend his time for filing his brief to thirty (30) days from the date his brief is currently due.

Respectfully submitted:


/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email: justin@templelawoffice.com

ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that, on October 21, 2015, a true and correct copy of the Appellant's First Motion to Extend Time to File Appellant's Brief was provided to counsel via the method indicated below:

Bob Odom
Bell County District Attorney's Office
P.O. Box 540
Belton, Texas 76513
Email: DistrictAttorney@co.bell.tx.us
**VIA ESERVICE**
 *Attorneys for State of Texas*


/s/ Justin Bradford Smith
Justin Bradford Smith